| | |
|---|---|
| **LAW OFFICES OF GABRIEL DEL VIRGINIA**<br>**Gabriel Del Virginia (GDV-4951)**<br>*Attorneys for the Debtor/Defendant.*<br>488 Madison-19th Floor,<br>New York, New York 10022.<br>Telephone: 212-371-5478<br>Facsimile: 212-372-0460<br>***gabriel.delvirginia@verizon.net*** | **Presentment Date: December 1, 2011**<br>**Presentment Time: 12:00 p.m.** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------X
In re

    KEVIN C. DAVIS,

        Debtor.

-------------------------------X
Sonia Gluckman, Warren R Groden,
Mandel Airplane Funding and
Leasing Corp and Susan Steiger

       Plaintiffs,

    -against-

KEVIN C. DAVIS,
       Defendant.
-------------------------------X

   Chapter 7

   Case No. 09-16161 (smb)

   Adv. Pro. No.: 10-02826 (smb)

**NOTICE OF PRESENTMENT OF AGREEMENT AND ORDER BETWEEN**
**<u>DEBTOR/DEFENDANT AND PLAINTIFFS SETTLING ADVERSARY PROCEEDING.</u>**

 **PLEASE TAKE NOTICE**, that upon the attached motion, the undersigned will present the annexed stipulation, agreement and order, ("Stipulation") by and between the above-captioned Debtor and Defendant, Kevin Davis (the "Debtor") and the above-captioned plaintiffs, Sonia Gluckman, Warren R Groden, Mandel

Airplane Funding and Leasing Corp and Susan Steiger ("Plaintiffs") settling the instant adversary proceeding (the "Adversary Proceeding"), to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on **December 1, 2011 at 12:00 noon, New York time.**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation or the terms set forth therein must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Bankruptcy Court for the Southern District of New York (the "Court"), must set forth the name of the objecting party, and the basis for the objection and the specific grounds therefor, and must be filed with the Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System may be found at *www.nysb.uscourts.gov*, the official website for the Court) by registered users of the Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Bankruptcy Judge Bernstein's chambers), and any objection must further be served upon: (i) Law Offices of Gabriel Del Virginia, 488 Madison Avenue, 19th

Floor, New York, New York 10022, Attention: Gabriel Del Virginia, Esq., *Attorneys for Debtor/Defendant*;(ii) Martin S Rapaport, Esq. 18 East 48th Street, Sixth Floor, New York, New York 10017, *Attorneys for Plaintiffs*; (iii) Ed Neiger, Esq., Neiger, LLP, 141 West 46th Street-4th Floor, New York, New York 10036, *Attorneys for Roy Babitt-Chapter 7 Trustee*: and (iv) the United States Trustee's Office for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York  10004, so as to be received no later than **November 25, 2011, at 5:00 p.m. New York time.**

**PLEASE TAKE FURTHER NOTICE,** that if an objection is timely filed, served and received, a hearing on the Stipulation and the objection(s) thereto will be scheduled.

Dated:    November 9, 2011
          New York, New York

Respectfully submitted,


**LAW OFFICES OF GABRIEL DEL VIRGINIA**
*Attorneys for the Debtor.*


*/s/ Gabriel Del Virginia, Esq.*

*Attorneys for the Debtor/Defendant*
488 Madison Avenue, 19th Floor
New York, New York 10022.
Telephone: 212-371-5478
Facsimile: 212-371-0460
gabriel.delvirginia@verizon.net